**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BGD
F. #2026R00731

*Select Street Address*
*Select City & State*

October 22, 2026

By E-mail

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Ronald Sheldon Baird
Magistrate Docket No. 26-191 (JRC)

Dear Judge Cho:

The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Brandon G. Davis
Assistant U.S. Attorney
(718) 254-6106

Enclosure

cc: Clerk of Court (by Email)
Benjamin Yaster, Esq. (by Email)

BGD
F.# 2026R00731

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

RONALD SHELDON BAIRD,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOSED~~ O R D E R

CR 26-191 (JRC)

Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Assistant United States Attorney Brandon G. Davis, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated: Brooklyn, New York
October 22, 2026

[redacted]

HONORABLE JAMES R. CHO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK